## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FELIX JAVIER ROSADO-COLON**, | |
| Plaintiff, | |
| v. | CIVIL NO. 25-1426 (JAG) |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## MOTION FOR A STAY OF THE INSTANT CASE
## DUE TO LAPSE IN FEDERAL GOVERNMENT APPROPRIATIONS

TO THE HONORABLE COURT:

The United States of America, without submitting to the Court's *in personam* or subject matter jurisdiction, nor waiving any type of argument or defense, respectfully moves for a stay of the instant case ("the Temporary Stay") for the following reasons:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to the Department lapsed.

2. The same is true for several other Executive agencies, including the federal agencies alluded throughout the Complaint ("the Agencies)".

3. The Government does not know when funding will be restored by Congress.

4. Absent an appropriation, DOJ attorneys and employees of the Agencies, including internal attorneys, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government respectfully requests the Temporary Stay in this case until Congress has restored appropriations to the Department and the Agencies — only then will the DOJ

attorneys be permitted to resume their civil litigation functions and capacity to serve as officers of the Court.

6.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department and the Agencies.

7.	The Government further requests that, at that point, all deadlines for the parties be extended commensurate with the duration of the lapse in appropriations — i.e., each deadline would be extended by the total number of days of the lapse in Government appropriations. At this time the current deadline to file a responsive pleading as per the Federal Rules of Civil Procedure, assuming full and proper service of process, is October 17, 2025.

**WHEREFORE**, the United States respectfully requests that this Court grants (a) the Government the Temporary Stay until Congress has restored appropriations to the DOJ and the Agencies, and (b) an extension of all current deadlines for the parties commensurate with the duration of the lapse in Government appropriations.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on October 1, 2025.

W. Stephen Muldrow
United States Attorney

s/Enrique Silva-Avilés
Enrique Silva-Avilés
Assistant United States Attorney
USDC-PR No: 215810
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, Puerto Rico
Telephone Number (787) 766-5656

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** (1) that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such filing to all attorneys of record in the above captioned matter.

s/Enrique Silva-Avilés
Enrique Silva-Avilés
Assistant United States Attorney